# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **DAVID NEWTON WEBSTER, II,** | * | **Case No. 18-14048-KHK** |
| | * | Chapter 7 |
| | * | |
| Debtor. | * | |

## RESIGNATION OF TRUSTEE

The undersigned, as acting Chapter 7 Trustee in the above captioned case, hereby certifies that after appropriate inquiry into the affairs of the Debtor, he has determined that circumstances exist which render him not a disinterested person in this case, and which could possibly constitute a conflict of interest.

Therefore, the undersigned respectfully resigns as Trustee in the above captioned case.

September 3, 2019
Date

*/s/ Donald F. King*
**DONALD F. KING, TRUSTEE**
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Direct:    703-218-2116
Fax:       703-218-2160
Email:     donking@ofplaw.com

#4390618v1  31070/00001